IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GABRIEL G. ATAMIAN, MD, MSEE, )
JD,                           )
                              )
        Plaintiff,            )
                              )
        v.                    )   Civil Action No.  06-196 SLR
                              )
CHRISTOPHER D. BURNS, DDS,    )
                              )
        Defendant.            )

**ORDER**

At Wilmington this 12th day of April, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge