Gabriel G Atamian,MD,MSEE,JD
1021 N. State Street Apt A
Dover, DE 19901
302-678-2546

The Honorable PChief Judge
Sue L. Robinson
United States District Court
Of the State of Delaware
Wilmington, Delaware19801                June 14, 2006

RE: Atamian v. Burns,
    C.A. No. 06-196-SLR

Dear Judge Robinson:

I have spoken to the clerk's office and I was informed that on th
the Docket there is a statement that the case is reopen. Then, I
asked for the memorandum opinion. Where, the decision is not
reasoned yet.

The reasons for all the above questions are because I am leaving
for my summer vacation from June 20 to July 10 2006.
Please,I do request respectfully that of my absence, due to vacation,
any opinion may be send after July 10, 2006


Thanking your Honor from advance,

                                    Very truly,

                                    *[signed] Gabriel G. Atamian, MD, MSEE, JD*
                                    Gabriel G. Atamian,MD,MSEE,JD


cc. Christopher Burns, DDS