Gabriel G. Atamian, MD, MSEE, JD
1021 N. State Street Apt A
Dover, DE 19901
302-678-2546


Honorable Sue L. Robinson
Chief Judge
U.S. District Court
Wilmington, DE 19801                               August 14, 2006


                    RE: Atamian v. Burns
                        Civil Docket #  1:06-cv-00196-SLR


     Dear Judge Robinson:

     On June 7, 2006, I filed a Motion for Reconsideration for the above reference case.

     Until today, I have not received any decision from Your Honor.

     Hoping to hear from Your Honor this week because I am leaving for vacation from August 21, 2006 to September 12, 2006. Or, in the alternative, please Your Honor , do decide after September 12, 2006, when I will return from my vacation.

     Thanking Your Honor from advance,


                                        Very truly,

                                        *[signature]* Gabriel G. Atamian, MD, MSEE, JD
                                        Gabriel G. Atamian, MD, MSEE, JD


cc: Clerk's Office
    Christopher D. Burns
       (defendant)