FPS-052                                                                                     November 3, 2006
### UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>06-4372</u>

Atamian v. Burns
(D. Del. No. 06-cv-196)

To:  Clerk

1)   Motion for Leave to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>

---

　　　　The foregoing Motion is granted.  The appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2).  The Court also will consider any other appropriate action, such as summary affirmance of the order of the District Court.  <u>See</u> Rule 27.4, <u>Third Circuit Local Appellate Rules</u>.

　　　　Insofar as the motion provides arguments as to why dismissal under 28 U.S.C. § 1915(e)(2) is not appropriate in appellant's view, the motion will be submitted to the panel which will consider that issue provided that the required three additional copies of the motion are submitted within fourteen (14) days of the date of this order.

For the Court,

/s/ Marcia M. Waldron
Clerk

A True Copy:

Marcia M. Waldron

Dated: November 6, 2006
tmk/cc: Mr. Gabriel G. Atamian

Marcia M. Waldron, Clerk